Michelle L. Boutin
RCO Legal – Alaska, Inc.
911 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
907.754.9900 Telephone
907.334.5858 Telefax
Attorneys for Wells Fargo Bank, N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> F/V MARAUDER, Official Number 556107, its engines, tackle, gear, equipment, and appurtenances, *In Rem*; and FV MARAUDER, LLC, and STEVEN HUGO THOMASSEN, JR., *In Personam*, <br><br> Defendants. | **VERIFIED COMPLAINT FOR MONEY DUE, BREACH OF CONTRACT, AND FORECLOSURE OF PREFERRED MARINE MORTGAGE, *IN REM* AND *IN PERSONAM*** <br><br> Case No. 3:17-CV-_____ |

COMES NOW, Plaintiff Wells Fargo Bank, N.A. (the "Bank"), by and through its attorney, RCO Legal – Alaska, Inc., files this complaint *in rem* and *in personam* and alleges as follows:

### I.  JURISDICTION AND PARTIES

1. This is a matter within the admiralty and maritime jurisdiction of this Court within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and this Court has jurisdiction pursuant to 28 U.S.C. §1333 and 46 U.S.C. §31325 and Rule C of the Supplemental Rules for Admiralty and Maritime Claims.

VERIFIED COMPLAINT FOR MONEY DUE, BREACH OF CONTRACT, AND FORECLOSURE OF PREFERRED MARINE MORTGAGE, *IN REM* AND *IN PERSONAM*
*Wells Fargo Bank, N.A., v. FV Marauder, in rem, and FV Marauder and Steven Hugo Thomassen, Jr., in personam*, Case No. A17-_____CI
Page 1

Case 3:17-cv-00164-SLG-MMS   Document 1   Filed 08/03/17   Page 1 of 10

2. Wells Fargo Bank, N.A., is a national banking association organized and existing under the laws of the United States of America with an office and place of business at 301 West Northern Lights Blvd., Anchorage, AK 99503-2652, and conducting business in the State of Alaska and elsewhere.

3. *In Personam* Defendant Steven Hugo Thomassen, Jr. ("Thomassen") is an individual residing in the City of Wrangell, in the State of Alaska.

4. *In Personam* Defendant FV Marauder, LLC ("FV Marauder"), is an Alaska limited liability company doing business in Alaska and is 100% solely owned by Defendant Thomassen.

5. *In Rem* Defendant vessel F/V Marauder (the "Vessel"), Official Number 556107, is owned by Thomassen and is now and during the pendency of this action will be within the jurisdiction of this Court.

## II. FACTUAL BACKGROUND

6. On August 13, 2014, Thomassen, as member of FV Marauder, executed a Promissory Note (the "Note") in favor of the Bank in the original principal amount of $800,000. A copy of the Note is attached as **Exhibit A.**

7. The terms of the repayment of the Note are stated in the attached Exhibit A, as modified by that Change in Terms Agreement dated November 18, 2015. A copy of the Change in Terms Agreement is attached as **Exhibit B**.

8. In order to secure the payment of the Note principal and interest, Thomassen duly executed and delivered to the Bank a Commercial Guarantee dated August 12, 2014,

---

VERIFIED COMPLAINT FOR MONEY DUE, BREACH OF CONTRACT, AND FORECLOSURE OF PREFERRED MARINE MORTGAGE, *IN REM* AND *IN PERSONAM*
*Wells Fargo Bank, N.A., v. FV Marauder, in rem, and FV Marauder and Steven Hugo Thomassen, Jr., in personam*, Case No. A17-         CI
Page 2

pursuant to which Thomassen personally agreed to pay the Note. A copy of this Commercial Guaranty is attached as **Exhibit C.**

9. To further secure payment of the Note, Thomassen executed and delivered to the Bank a Preferred Ship Mortgage (the "Mortgage"), dated August 12, 2014, encumbering the Vessel. A copy of the Preferred Ship Mortgage is attached as **Exhibit D**.

10. By the terms and provisions of the Note and Mortgage, Thomassen admitted that he was justly indebted to the Bank in the sum of $800,000, and granted, bargained, sold and mortgaged the whole of the Vessel, together with its engines, tackle, gear, equipment, and appurtenances.

11. The Mortgage was recorded with the National Vessel Documentation Center on August 14, 2014, at Batch 21960800, which record shows the name of the Vessel, the names of the parties to the Mortgage, the time and date of the inception of the Mortgage, the interest in the Vessel mortgaged and the amount and date of maturity of the Mortgage.

12. On May 6, 2014, Thomassen, as owner of FV Marauder, executed an Agreement and Personal Guarantee for a Wells Fargo BusinessLine Account in the original application amount of $5,000. On May 19, 2014, Thomassen, as Owner of FV Marauder, executed a BusinessDirect Credit Application Agreement and Personal Guarantee (collectively, the "Card Agreement"). A copy of the Card Agreement is attached as **Exhibit E.**

13. Per the Card Agreement two balances are outstanding, $8,908.70 on Business Platinum Visa Card number xxx9331, and $4,976.53 on Business Platinum Visa Card number xxxx6310.

---

VERIFIED COMPLAINT FOR MONEY DUE, BREACH OF CONTRACT, AND FORECLOSURE OF PREFERRED MARINE MORTGAGE, *IN REM* AND *IN PERSONAM*
*Wells Fargo Bank, N.A., v. FV Marauder, in rem, and FV Marauder and Steven Hugo Thomassen, Jr., in personam*, Case No. A17-_____-CI
Page 3

RCO Legal- Alaska, Inc.
911 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
P: 907.754-9900
F: 907-334-5858

### III. FIRST CLAIM FOR RELIEF – IN REM FORECLOSURE ON PREFERRED SHIP MORTGAGE ON THE VESSEL FV MARAUDER

14. Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 13 above.

15. FV Marauder failed to make the payments required by the documents at Exhibits A, B, and D.

16. Pursuant to the terms of the Note and Mortgage, the Bank declared all of the principal balance and interest owed under the Note and Mortgage to be immediately due and payable by demand letter dated November 25, 2016 ("Demand Letter"). A true and correct copy of the Demand Letter is attached hereto as **Exhibit F.**

17. The Bank has demanded the sums due under the Note and Mortgage from both the borrower, FV Marauder, and from its guarantor, Thomassen. As of July 24, 2017, the principal balance due on the Note was $800,000.00, interest was $138,311.11 accruing at a rate of 9.00% per annum or $200.00 per diem, late charges in the amount of $5,250.00, appraisal fees of $250.00, and attorney's fees and costs in the amount of $5,713.58, for a total of $949,524.70, plus advances, ongoing attorney's fees and costs, and other sums due under the Note and Mortgage.

18. Both FV Marauder and Thomassen refused and continue to refuse to pay the amount of the accelerated balance of the Note and Mortgage.

19. The Mortgage states in part:

> "If an Event of Default occurs under this Ship Mortgage, at any time thereafter, Lender may exercise any one or more of the following rights and remedies:

---

VERIFIED COMPLAINT FOR MONEY DUE, BREACH OF CONTRACT, AND FORECLOSURE OF PREFERRED MARINE MORTGAGE, *IN REM* AND *IN PERSONAM*
Wells Fargo Bank, N.A., v. FV Marauder, in rem, and FV Marauder and Steven Hugo Thomassen, Jr., in personam, Case No. A17- CI Page 4

(a) Exercise all the rights and remedies in foreclosure and as otherwise given to mortgagees generally by laws of the United States of America or other applicable provisions of law, including without limitation, the laws of any jurisdiction in which the Vessel and other Collateral may then be found;…

(d) Exercise any rights, privileges and remedies in foreclosure otherwise given to Lender by any other instrument securing the indebtedness…"

20. The Bank is entitled to the issuance of an *in rem* warrant of arrest instructing the United States Marshal to arrest the Vessel, its engines, tackle, gear, equipment, and appurtenances, etc., and to detain it in its custody subject to further order of the court.

21. The Bank is entitled to a judgment *in rem* in favor of the Bank against the Vessel, foreclosing the Bank's Mortgage for a sum of not less than $949,524.70, representing principal and interest due on the Note, together with costs and attorney's fees.

22. The Bank is entitled to an order directing the United States Marshal to sell the Vessel, its engines, tackle, gear, equipment and appurtenances, and all other necessaries pertaining and belonging to the Vessel, and directing the disbursement of proceeds in the first instance to the Bank to the extent necessary to satisfy the Bank's judgment against the Vessel.

### IV. SECOND CLAIM FOR RELIEF– IN PERSONAM BREACH OF CONTRACT [NOTE] AGAINST FV MARAUDER, LLC AND THOMASSEN

23. Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 22 above.

24. The Bank has made demand on FV Marauder and Thomassen for payment of the balance due under the Note and Mortgage. Said demand has been refused.

---

VERIFIED COMPLAINT FOR MONEY DUE, BREACH OF CONTRACT, AND FORECLOSURE OF PREFERRED MARINE MORTGAGE, *IN REM* AND *IN PERSONAM*
Wells Fargo Bank, N.A., v. FV Marauder, in rem, and FV Marauder and Steven Hugo Thomassen, Jr., in personam, Case No. A17-___-CI
Page 5

25. The Bank is entitled to a judgment against FV Marauder and Thomassen, jointly and severally, on the Note balance in the amount of $949,524.70, plus interest, costs, fees, and attorney's fees.

## V. THIRD CLAIM FOR RELIEF– IN PERSONAM BREACH OF CONTRACT [CARD AGREEMENT] AGAINST FV MARAUDER, LLC, AND THOMASSEN

26. Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 25 above.

27. The Bank has made demand on FV Marauder and Thomassen for payment of the balance due under the Card Agreement. A true and correct copy is attached as **Exhibit G** attached hereto.

28. Defendants FV Marauder and Thomassen have failed and or refused to pay the sums due under the Card Agreement.

29. As of April 27, 2017, the balance owing on Business Platinum Visa Card number xxx9331 was $8,908.70, and the balance owing on Business Platinum Visa Card number xxxx6310 was $5,299.31.

30. The Bank is entitled to a judgment against FV Marauder and Thomassen, jointly and severally, on the balance owing on $8,908.70 on Business Platinum Visa Card number xxx9331, and the balance owing on Business Platinum Visa Card number xxx6310 in the amount of $5,299.41, plus post judgment interest at the judgment interest rate.

WHEREFORE, Plaintiff prays for judgment as follows:

---

VERIFIED COMPLAINT FOR MONEY DUE, BREACH OF CONTRACT, AND FORECLOSURE OF PREFERRED MARINE MORTGAGE, *IN REM* AND *IN PERSONAM*
Wells Fargo Bank, N.A., v. FV Marauder, in rem, and FV Marauder and Steven Hugo Thomassen, Jr., in personam, Case No. A17-         CI
Page 6

RCO Legal- Alaska, Inc.
911 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
P: 907.754-9900
F: 907-334-5858

A. Issuance of an *in rem* warrant of arrest instructing the United States Marshal to arrest the Vessel, its engines, tackle, gear, equipment, and appurtenances, etc., and to detain it in the United States Marshal's custody subject to further order of the Court; and

B. Judgment *in rem* in favor of the Bank against the Vessel, foreclosing the Bank's Mortgage for the sum of not less than $949,524.70, plus interest, costs, fees, and attorney's fees, said judgement to have priority of all other liens, mortgages, or claimants; and

C. That the Bank be adjudged the holder of a first mortgage on the Vessel for the payment of the sums due as set forth above and that this Court declare the Mortgage to be superior to all other liens which may exist against the Vessel; and

D. That the Mortgage be foreclosed on and order entered directing the United States Marshal to sell the Vessel, its engines, tackle, gear, equipment, and appurtenances, and all other necessaries pertaining and belonging to the Vessel, and that it be declared that any and all persons, firms or corporations claiming any interest in the Vessel be forever barred and foreclosed of all rights or equity or redemption or claim in and to the Vessel; and

E. That at the sale of the Vessel by the United States Marshal, the Bank be permitted, but not be required, to credit bid, without cash deposit the total amount adjudged to be due hereunder up to the full amount thereof and that the in personam defendants, and each of them, remain liable for any deficiency; and

F. For an order directing the disbursement of third party bidder cash proceeds to the Bank to the extent necessary to satisfy Wells Fargo Bank, N.A.'s *in rem* judgment; and

---

VERIFIED COMPLAINT FOR MONEY DUE, BREACH OF CONTRACT, AND
FORECLOSURE OF PREFERRED MARINE MORTGAGE, *IN REM* AND *IN PERSONAM*
Wells Fargo Bank, N.A., v. FV Marauder, in rem, and FV Marauder and Steven Hugo Thomassen,
Jr., in personam, Case No. A17-          CI                                                    Page 7

RCO Legal- Alaska, Inc.
911 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
P: 907.754-9900
F: 907-334-5858

G. For judgment *in personam* in favor of the Bank and against FV Marauder and Thomassen, jointly and severally, for any deficiency remaining after sale of the Vessel; and,

H. For a judgment *in personam* in favor of the Bank against FV Marauder and Thomassen, jointly and severally, for all sums due under the Card Agreement and the balance on Business Platinum Visa Card number xxx9331, in the amount of $8,908.70, and the balance owing on Business Platinum Visa Card number xxx6310 in the amount of $5,299.31, plus interest at the post judgment interest rate; and

I. For such other relief as the facts and law warrant.

DATED at Anchorage, Alaska on this 25 day of July, 2017.

RCO LEGAL – ALASKA, INC.
Attorneys for Plaintiff

By: /s/ Michelle Boutin
Michelle L. Boutin
Alaska Bar No. 8611097

---

VERIFIED COMPLAINT FOR MONEY DUE, BREACH OF CONTRACT, AND FORECLOSURE OF PREFERRED MARINE MORTGAGE, *IN REM* AND *IN PERSONAM*
*Wells Fargo Bank, N.A., v. FV Marauder, in rem, and FV Marauder and Steven Hugo Thomassen, Jr., in personam*, Case No. A17-_____CI
Page 8

RCO Legal- Alaska, Inc.
911 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
P: 907.754-9900
F: 907-334-5858

# VERIFICATION

I, ROYAL RAIDLE, JR., being first duly sworn, depose, and state that I am a Loan Adjustor the Washington Credit Management Group of Wells Fargo Bank, N.A., plaintiff herein, and that I have read the foregoing Complaint and know the contents thereof. The same are true to the best of my knowledge, information and belief. The grounds for my knowledge, information and belief are the files and the records of Wells Fargo Bank, N.A. I declare under penalty of perjury that the foregoing is true and correct to the best of knowledge.

DATED this 31st day of July, 2017.

_____
ROYAL RAIDLE, JR.,
Wells Fargo Bank, N.A.

## CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF ALAMEDA   )

On July ____, 2017, before me, _____, personally appeared ROYAL RAIDLE, JR., who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

See CA Acts

_____
Notary Public Signature

[Notary seal: ARRON W. STANLEY, Commission No. _____, NOTARY PUBLIC - CALIFORNIA, ALAMEDA COUNTY, My Comm Expires _____ 2020]

---

VERIFIED COMPLAINT FOR MONEY DUE, BREACH OF CONTRACT, AND FORECLOSURE OF PREFERRED MARINE MORTGAGE, *IN REM* AND *IN PERSONAM*
*Wells Fargo Bank, N.A., v. FV Marauder, in rem, and FV Marauder and Steven Hugo Thomassen, Jr., in personam*, Case No. A17-_____-CI

Page 9

RCO Legal- Alaska, Inc.
911 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
P: 907.754.9900
F: 907.334.5858

# CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California }

County of Alameda }

On 7-31-2017 before me, Arron W Stanley Notary Public (Here insert name and title of the officer)

personally appeared Royal Raidle JR, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_[Signature]_
Notary Public Signature                (Notary Public Seal)

**ARRON W. STANLEY**
Commission No. 2156061
NOTARY PUBLIC-CALIFORNIA
ALAMEDA COUNTY
My Comm. Expires JULY 4, 2020

---

## ADDITIONAL OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date _____

CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual (s)
- ☐ Corporate Officer
  _____ (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

## INSTRUCTIONS FOR COMPLETING THIS FORM

This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.